369 A.2d 711
**COMMONWEALTH of Pennsylvania**
v.
**Howard L. ALLEN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 11, 1977.

Decided Feb. 28, 1977.

Abraham T. Needleman, Gerald A. Stein, Needleman, Needleman, Tabb & Eisman, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Jane Cutler Greenspan, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

562

## OPINION

PER CURIAM.

Judgment of sentence affirmed.

JONES, C. J., took no part in the consideration or decision of this case.